**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2146**

---

In re: ANTONIO EDWARDS, a/k/a Tank,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:13-cr-00650-DKC-3)

---

Submitted:  March 18, 2026                          Decided:  March 26, 2026

---

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Antonio Edwards, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Edwards petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion and motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court ruled on the motions in separate orders entered on March 6, 2026. Accordingly, because the district court has recently decided Edwards's motions, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*